United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT J. AUSTIN, JR., MICHAEL D. AUSTIN, KELLI D. AUSTIN, *individually*, KELLI D. AUSTIN, *trustee*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAMBERS COUNTY, TEXAS BARBERS HILL INDEPENDENT SCHOOL DISTRICT, *et al.*, <br><br> *Defendants*. | CIVIL ACTION H-16-2087 |

## ORDER

Pending before the court is the Magistrate Judge's memorandum and recommendation ("M&R") recommending that the court grant defendants' motions to dismiss. Dkts. 8, 10, 18. Plaintiffs Robert J. Austin, Jr., Michael D. Austin, and Kelli D. Austin brought this action and none of the parties filed objections to the M&R, which were due on February 13, 2017. Dkt. 21. Having considered the M&R, related documents, and the applicable law, the court is of the opinion that there is no clear error, and that the M&R should be adopted. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R (Dkt. 21) is ADOPTED IN FULL. The court, consistent with the Magistrate Judge's recommendation, GRANTS defendants' motions to dismiss.

Signed at Houston, Texas on February 28, 2017.

_____
Gray H. Miller
United States District Judge